UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  -vs-<br><br>KENNETH DALE GOOCH,<br><br>                  Defendant. | NOS.   CR-04-0262-WFN-1<br><br>ORDER |

A post-trial motion hearing was held November 14, 2006. The Defendant, who is in custody, was present and represented by Bryan Whitaker; Assistant United States Attorney Jared Kimball represented the Government.

The Court addressed Defendant's Motion for New Trial and oral motion to continue sentencing hearing. The Court has reviewed the file and Defendant's Motion for New Trial and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's oral motion to continue sentencing hearing is **GRANTED**.

2. The sentencing hearing set for November 20, 2006, is **STRICKEN and RESET to December 13, 2006, at 9:30 a.m., in Spokane,** Washington.

    (a)   Any memorandum or motion regarding sentencing must be filed and served no later than **November 22, 2006**.

    (b)   Responses, if any, shall be filed and served no later than **November 29, 2006**.

ORDER - 1

Case 2:04-cr-00262-WFN   Document 261    Filed 11/14/06

3. The Government's Motion for Reconsideration and/or Clarification, filed April 7, 2006, **Ct. Rec. 206**, is **RESERVED**.

4. For the reasons stated on the record, Defendant's Motion for New Trial, filed March 29, 2006, **Ct. Rec. 193**, and Amended Motion for New Trial, filed October 19, 2006, **Ct. Rec. 257**, are **DENIED**. The interests of justice do not require a new trial.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Alvin Barrett, Jr.

**DATED** this 14th day of November, 2006.

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

11-14

ORDER - 2