1
2
3
4
5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,        )
                                     )   NO.      CR-04-0262-WFN-1
8                   Plaintiff,       )
                                     )
9          -vs-                      )   ORDER STRIKING § 2255 MOTION
                                     )
10  KENNETH DALE GOOCH,              )
                                     )
11                  Defendant.       )
                                     )
12  ─────────────────────────────   )

13      Pursuant to the Ninth Circuit's Order filed October 16, 2012, Mr. Gooch's § 2255

14  Motion, ECF No. 353, is **STRICKEN** as he does not have permission to file a successive

15  §2255 Motion.

16      **IT IS ORDERED**.

17      The District Court Executive is directed to file this Order and provide copies to Mr.

18  Gooch and to **CLOSE** the corresponding civil file, CV-12-0411-WFN.

19      **DATED** this 5th day of November, 2012.

20
21                              s/ Wm. Fremming Nielsen
                           ─────────────────────────────
22  10-16-12               WM. FREMMING NIELSEN
                           SENIOR UNITED STATES DISTRICT JUDGE
23
24
25
26

ORDER STRIKING § 2255 MOTION